UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: PAUL A. CHIN, ESQ.

---

LAMONT HAWKINS P/K/A "U-GOD"

                            Plaintiff(s)

            - against -

WU MUSIC GROUP, LLC.

                          Defendant(s)

Index # 08 CV 159

Purchased January 8, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 28, 2008 at 01:00 PM at

C/O PORTNEY & COMPANY
1086 TEANECK ROAD
TEANECK, NJ 07666

deponent served the within SUMMONS AND COMPLAINT; TH INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H.* on WU MUSIC GROUP, LLC. therein named.

BY LEAVING A TRUE COPY WITH JOHN FERRARI, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 36 | 5'9 | 180 |

*DOLINGER

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 29, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified in New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

DAN KNIGHT

Invoice #: 455507

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728