```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

LAMONT HAWKINS p/k/a "U-GOD"

        Plaintiff,

- against -

WU MUSIC GROUP, LLC,

        Defendant.

----------------------------------------x

CASE NO. 08 CV 00159 (JGK)

ECF CASE

STIPULATION AND ORDER

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Defendant and the attorneys for Plaintiff in the above captioned matter that time for Defendant to file its Answer to the Complaint in this action shall be extended to March 10, 2008. The parties further stipulate and agree that Defendant shall not file any pre-answer motions.

Dated: February 14, 2008
      New York, New York

LAW OFFICES OF PAUL A. CHIN

By: _____
    Paul A. Chin (PC9656)
233 Broadway, 5th Floor
New York, NY
*Counsel for Plaintiff*

ANTHONY MOTTA, ESQ.

By: _____
    Anthony Motta, Esq. (AM1648)
50 Broadway, #2202
New York, NY 10004
*Counsel for Defendant Wu Music Group, LLC*

SO ORDERED:

_____
HONORABLE JOHN G. KOELTL
United States District Judge