UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LAMONT HAWKINS p/k/a "U-GOD",

                    Plaintiff,

      v.

WU MUSIC GROUP, LLC.,


                    Defendant.
-------------------------------------------------------X

**Case No.** 08 Civ. 00159 (JGK)

**ECF CASE**

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for WU MUSIC GROUP, LLC., (a private non-governmental party) certifies that the

following are corporate parents, affiliate and/or subsidiaries of said parties which are publicly

held.

None.


Dated: New York, New York
       March 10, 2008


              ___s/_____
              ANTHONY MOTTA (AM-1648)
              Attorney for Wu Music Group, LLC
              50 Broadway, # 2202
              New York, N.Y. 10004
              Tel:  (212) 791-7360
              Fax: (212) 791-7468