UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LAMONT HAWKINS p/k/a "U-God",

                Plaintiff,

      -against-

WU MUSIC GROUP, LLC.,

                Defendant.
-----------------------------------------------------------x

08 CIVIL 00159 (JGK)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Anthony Motta

- [x] *Attorney*
    - [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: AM1648
    - [ ] I am a Pro Hac Vice attorney
    - [ ] I am a Government Agency attorney

- [ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    - [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.
    - [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- [x] *Address:* 50 Broadway #2202, New York, NY 10004
- [ ] *Telephone Number:* _____
- [ ] *Fax Number:* _____
- [ ] *E-Mail Address:* _____

Dated: 07/25/2008        /s/ Anthony Motta