UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

LAMONT HAWKINS,

             Plaintiff,

  – against –

WU MUSIC GROUP, LLC,

             Defendant.

-------------------------------------------------------- X

JOHN G. KOELTL, District Judge:

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008
```

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute:*

<u>Discovery dispute, plaintiff's letter dated August 12, 2008</u>.

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

**SO ORDERED.**

DATED:   New York, New York
           August 18, 2008

                              John G. Koeltl
                             United States District Judge

* Do not check if already referred for general pretrial.