```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
LAMONT HAWKINS p/k/a "U-GOD",       :
                                    :
               Plaintiff,           :      ORDER
                                    :
     -against-                      :      08 Civ. 00159 (JGK)(MHD)
                                    :
WU MUSIC GROUP, LLC.,               :
                                    :
               Defendant.           :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

**ORDERED** that a discovery conference has been scheduled in the above-captioned action on **FRIDAY, SEPTEMBER 12, 2008 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York
       September 5, 2008**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Paul A Chin, Esq.
Law Offices of Paul A. Chin
233 Broadway, 5th Floor
New York, NY 10279

Anthony Motta, Esq.
50 Broadway #2202
New York, NY 10004